374 A.2d 712

Commonwealth v. Tarver, Appellant.

Argued April 12, 1977. John H.

Corbett, Jr., Appellate Counsel, with him Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.